# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| Plaintiff, | : | CRIMINAL ACTION |
| v. | : | NO. 08-201 |
| | : | |
| DENNIS BURNETT, | : | CIVIL ACTION |
| Defendant. | : | NO. 13-2231 |

## ORDER

**AND NOW**, this 14 th day of January, 2014, upon consideration of Petitioner Dennis Burnett's § 2255 Motion to Vacate / Set Aside / Correct a Sentence (Doc. No. 247), the Government's Opposition to the Motion (Doc. No. 254), and Mr. Burnett's Reply (Doc. No. 256), it is hereby **ORDERED** that:

1. The Motion is **DENIED** for the reasons set forth in the Court's Memorandum Opinion;

2. No certificate of appealability will issue because reasonable jurists would not disagree with this denial of Mr. Burnett's Motion;

3. The Clerk of Court shall mark this matter **CLOSED** for all purposes, including statistics.

BY THE COURT:


  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1